IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD NEWELL,

           Plaintiff,

v.

CITY OF CHIPPEWA FALLS,
CHIPPEWA COUNTY, and
STATE OF WISCONSIN,

           Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-617-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice as unripe.

| /s/ | 2/11/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |